

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable D. W. Stakes
General Manager
Texas Prison System
Huntsville, Texas

Dear Mr. Stakes:

Opinion No. O-4528
Re: Matter of disposition of certain junk materials on the Prison System property formerly belonging to the State.

Your request for an opinion upon the above subject matter is as follows:

"I am enclosing herewith our file which includes everything we have been able to locate concerning the old sugar mill machinery located on the Clemens State Farm, Brazelia County, Texas, which is according to our information sold by the Texas Prison System to Givohs and Gordon, New Orleans, La.

"The site on which this old machinery is located is near the main building of the Clemens State Farm and it is our desire to erect a barn or warehouse on that particular site.

"Due to the shortage of steel and iron, we would like very much for our government to be able to use this pile of junk, as that is all it is, and we are sure that it cannot be used otherwise.

"Please advise us what steps are necessary for us to sell this property and what disposition should be made of the proceeds in the event we are permitted to sell it."

Under the facts stated, you are advised that neither the Texas Prison System, nor any other agency of the State, has the right to sell this property, for

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

the simple reason it does not appear to belong to the State; it was sold and paid for many years ago.

We suggest, however, that you communicate with Messrs. Gibbons & Gordon, the purchasers of said property, and insist upon their immediately selling this property to some junk dealer, so that the same may come into the hands of the Government; or, in the alternative, they release to the State of Texas all right, title and interest whatsoever in and to the same.

If these gentlemen pursue the first course suggested, there is an end to the matter, and if, on the contrary, they relinquish the property to the State, and you will so advise us, we will then give further advice as to how to dispose of the same.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By  (s)  Ocie Speer
Assistant

OS-MR

APPROVED
AUG 17, 1942
Grover Sellers
FIRST ASSISTANT

APPROVED
OPINION COMMITTEE
BY  B W B
CHAIRMAN